Andrew B. Jones, CSB No. 76915
LAW OFFICES OF WAGNER & JONES
1111 East Herndon, Suite 317
Fresno, CA 93720
(559) 449-1800
(559) 449-0749 fax
Attorneys for Plaintiff, Rhonda Hiebert

Michael K. Perkins, CSB No. 172560
FINE, BOGGS, COPE & PERKINS LLP
2450 South Cabrillo Highway, Suite 100
Half Moon Bay, California 94019
Telephone: (650) 712-8908
Facsimile: (650) 712-1712
Attorneys for Defendants

LODGED
OCT 0 7 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

FILED
2005 OCT 13 A 9:55

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RHONDA HIEBERT,** | CASE NO. **CIV F-02-5658 OWW SMS** |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| **LITHIA AUTOMOTIVE GROUP, LITHIA NISSAN HYUNDAI OF FRESNO, CRAIG MITEN, RICK VIDAL,** and **DOES 1-50** inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(1).

1 | Dated: September 8, 2005                     Dated: September 6, 2005

2 | LAW OFFICES OF WAGNER & JONES      FINE, BOGGS, COPE & PERKINS, LLP

4 | By: /s/ Andrew B. Jones                         By: /s/ Michael K. Perkins
5 |     ANDREW JONES                                    MICHAEL K. PERKINS
6 |     Attorney for Plaintiff                         Attorneys for Defendants
       RHONDA HIEBERT

10 |                                              It is so Ordered. Dated: 10-12
11 |
12 |                                              /s/ Oliver W. Wanger
13 |                                              United States District Judge